IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEOFFREY W. FREEMAN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **01-665-CJP** |
| ) | |
| **DENNIS HASEMEYER,** ) | |
| ) | |
| Defendant. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Re-Open Discovery Limited to Defendant Hasemeyer. **(Doc. 159)**. Defendant has filed a Response in Opposition. **(Doc. 161)**.

The Court declared a mistrial after a jury was unable to reach a verdict on April 28, 2005. **See, Doc. 155.** This case has been pending for some time; Hasemeyer entered his appearance in July, 2003. There has been ample time for discovery, and there is no compelling reason presented why discovery should be re-opened at this late date.

Upon consideration and for good cause shown, plaintiff's Motion to Re-Open Discovery Limited to Defendant Hasemeyer. **(Doc. 159)** is **DENIED**.

**IT IS SO ORDERED.**

**Date: June 10, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**