IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEOFFREY W. FREEMAN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **01-665-CJP** |
| ) | |
| **ALAN UCHTMAN,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

The Court has heard the evidence on plaintiff's equal protection claim (Counts 4 and 5) and has taken the matter under submission. At the close of the evidence, the parties indicated a desire to file briefs, proposed findings of fact and conclusions of law, and/or proposals for injunctive relief.

The parties shall file their post-trial submissions as follows:

Plaintiff shall file his submissions on or before **January 16, 2006.**

Defendant shall file his submissions on or before **February 15, 2006.**

**IT IS SO ORDERED.**

**DATE:  December 15, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**