**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **GEOFFREY FREEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **NO. 01-665-CJP** |
| | ) | |
| **JONATHAN WALLS, JAMES** | ) | |
| **BAUERSACHS, DENNIS HASEMEYER,** | ) | |
| **TOM CARAWAY, and MARY WEST,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

Defendant **MARY WEST** was dismissed by Order entered by Judge William D. Stiehl

on September 28, 2004 (Doc. 114).  Counts 2, 4, and 5 were dismissed as to  **JONATHAN**

**WALLS** in that same Order.

This action came before the Court for a trial by jury on Counts 1 and 11 as to Defendants

**JONATHAN WALLS,  JAMES BAUERSACHS**, **TOM CARAWAY and DENNIS**

**HASEMEYER** . Defendants **JONATHAN WALLS, JAMES BAUERSACHS** and  **TOM**

**CARAWAY** were dismissed by United States Magistrate Judge Clifford J. Proud on April 27,

2005 (Doc. 153).  The jury rendered its verdict in favor of Defendant **DENIS HASEMEYER** on

December 14, 2005 (Doc. 189).

Counts 4 and 5 were reinstated by an Order entered by United States Magistrate Judge

Clifford J. Proud on October 5, 2005 .  Defendant **ALAN UCHTMAN** was substituted for

Defendnat **JOHNATHAN WALLS** (Doc. 170).

Defendant **ALAN UCHTMAN** was granted judgment as a matter of law by an Order

entered by Judge Clifford J. Proud on March 23, 2006  (Doc. 204 ).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of

defendants **JONATHAN WALLS, JAMES BAUERSACHS, DENNIS HASEMEYER, TOM CARAWAY** and **MARY WEST, and ALAN UCHTMAN** and against plaintiff **GEOFFREY FREEMAN**.

Plaintiff shall take nothing from this action.

**DATED** this 24th day of March, 2006

**NORBERT G. JAWORSKI, CLERK**

**BY: s/Angie Vehlewald**
**Deputy Clerk**

**Approved by  s/Clifford J. Proud**
**United States Magistrate Judge**
**Clifford J. Proud**